UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUSAN WALLACE,

                              Plaintiff,                         18-CV-6525 (RA)(SN)

        -against-

                          **DISCOVERY CONFERENCE ORDER**

MARK ESPER,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A discovery conference to discuss the issues raised by Defendant's February 11, 2020 Letter is scheduled for Tuesday, March 10, 2020, at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Plaintiff may address the issues raised in Defendant's letter by filing a brief letter with the Court by no later than Friday, February 21, 2020. In addition, in advance of the March 10 conference, Defendant shall respond to Plaintiff's discovery demands and the parties shall meet and confer on any outstanding disputes. To the extent disputes cannot be resolved informally, the Plaintiff shall file a letter by March 5, and the Defendant shall respond by March 9, 2020.

      If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                                _____
                                                                                SARAH NETBURN
                                                                                United States Magistrate Judge

DATED:      February 12, 2020
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2020