USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUSAN V. WALLACE,

                **Plaintiff,**

-against-

RYAN D. MCCARTHY,

                **Defendant.**

-----------------------------------------------------------------X

18-CV-06525 (RA) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In light of recent public health developments, the discovery conference scheduled for Friday, March 27, 2020, at 11:00 a.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email prior to the conference. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 16, 2020
              New York, New York