UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUSAN WALLACE,

                         **Plaintiff,**          18-CV-6525 (RA)(SN)

     -against-          <u>ORDER</u>

RYAN MCCARTHY, Secretary of the Army,

                         **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     A teleconference to discuss plaintiff's request for an extension of time to complete discovery as well as Mr. Diederich's motion to withdraw as plaintiff's counsel is scheduled for October 8, 2020, at 11:00 a.m. At the scheduled time, Mr. Diederich, Ms. Wallace, and defendant should call (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 6, 2020
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2020