UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUSAN WALLACE,

                          **Plaintiff,**                    18-CV-6525 (RA)(SN)

      -against-                                        **ORDER**

RYAN MCCARTHY, Secretary of the Army,

                          **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties appeared before me for a status conference on December 14, 2020. As discussed, fact discovery will close on February 5, 2021. By February 11, 2021, the parties shall file a joint status letter with the Court, which shall address whether either party intends to call expert testimony or move for summary judgment.

**SO ORDERED.**

                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:      December 14, 2020
                    New York, New York